# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:                                                                                           Case No.  6:08-mc-41-Orl-KRS

**KENNETH SCOTT VITALE**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   PETITION TO OPEN "MISCELLANEOUS CASE" FILE AND DEPOSIT THE ATTACHED "CERTIFICATE OF SEARCH" INTO THE MISCELLANEOUS CASE FILE (Doc. No. 1)
>
> **FILED:**    April 4, 2008

Kenneth Scott Vitale filed a petition requesting the Clerk of Court to open a miscellaneous case and file therein a "Certificate of Search."  He also submitted with the Petition a document entitled "Declaration of Foreign Status."

This Court is not a general repository for documents that are not related to cases or controversies pending before the Court.  Vitale has not presented a memoranda of law as required by Local Rule 3.01(a) indicating that the documents he wishes to file in this Court relate to a case or controversy that is properly within the jurisdiction of this Court.

Accordingly, while a miscellaneous case was necessarily opened to receive Vitale's petition, there is no legal basis to permit Vitale to file documents in the case. Accordingly, the request to file a "Certificate of Search" is **DENIED**, and the Clerk of Court shall return the "Certificate of Search" and "Declaration of Foreign Status" to Vitale and delete them from CM/ECF. Thereafter, the Clerk of Court is directed to close the miscellaneous file.

**DONE** and **ORDERED** in Orlando, Florida on this 4th day of April, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Kenneth Scott Vitale